NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRADE ASSOCIATES, INC.,**
*Plaintiff-Appellant,*

v.

**FUSION TECHNOLOGIES, INC.,**
*Defendant-Cross Appellant.*

---

2012-1176, -1177

---

Appeals from the United States District Court for the Western District of Washington in case no. 09-CV-5804, Judge Robert J. Bryan.

---

## ON MOTION

---

## ORDER

The parties jointly move to voluntarily dismiss their appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted. The appeals are dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

MAR 1 6 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Paul T. Meiklejohn, Esq.
John E. Whitaker, Esq.

s21

Issued As A Mandate:  MAR 1 6 2012

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 6 2012

JAN HORBALY
CLERK